## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| SCOTT NICHOLS, | } | |
| *Plaintiff* | } | |
| v. | } | CIVIL ACTION NO. H-05-1362 |
| | } | |
| ENTERASYS NETWORKS, INC., | } | |
| *Defendant* | } | |

## FINAL SUMMARY JUDGMENT

On this day, 2 May 2006, in the action pending between Plaintiff, Scott Nichols, and Defendant, Enterasys Networks, Inc., the court issued its Memorandum Opinion and Order that Plaintiff's claims must be dismissed as a matter of law, and the court hereby

**ORDERS** that Plaintiff take nothing and that Defendant is awarded its costs.

SIGNED at Houston, Texas, this 2nd day of May, 2006.


_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE